UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIKA KATHLEEN RICHEY, an individual, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GETWELLNETWORK, INC., a foreign corporation; SEAN THOMPSON, an individual; and DOES 1 through 100,<br><br>Defendants. | Case No.: 20cv2205-BEN(BLM)<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE SETTLEMENT DISPOSITION CONFERENCE**<br><br>**[ECF No. 9]** |

On January 28, 2021, the parties filed a Joint Motion to Continue Settlement Disposition Conference ("SDC"). ECF No. 9. After considering the parties' arguments, and good cause appearing, the Court **GRANTS** the parties' motion and continues the SDC currently set for February 4, 2021 and **SETS** the following dates:

1. The parties shall file a joint motion to dismiss Plaintiff Erika Rickey's individual claims no later than **March 16, 2021**.

2. If the fully executed joint motion for dismissal is not filed by **March 16, 2021**, then all counsel of record and unrepresented parties are required to appear in person for an SDC. The SDC will be held on **March 23, 2021** at **9:30 a.m.** in **Courtroom 4C**.

All other guidelines and requirements remain as previously set.  See ECF No. 7.

**IT IS SO ORDERED**.

Dated:  1/29/2021

Hon. Barbara L. Major
United States Magistrate Judge